UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MAG AEROSPACE INDUSTRIES, LLC, DBA Zodiac Water & Waste Aero Systems,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>PRECISE AEROSPACE MANUFACTURING, INC.,<br><br>　　　　Defendant-Appellant. | No.　22-55533<br><br>D.C. No.<br>5:18-cv-01096-RGK-JC<br>Central District of California, Riverside<br><br>ORDER |
| MAG AEROSPACE INDUSTRIES, LLC, DBA Zodiac Water & Waste Aero Systems,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>PRECISE AEROSPACE MANUFACTURING, INC.,<br><br>　　　　Defendant-Appellee. | No.　22-55535<br><br>D.C. No.<br>5:18-cv-01096-RGK-JC |

The stipulated motions (Docket Entry Nos. 21 and 22) to voluntarily dismiss

Nos. 22-55533 and 22-55535 under Federal Rule of Appellate Procedure 42(b) are

granted.  Appeal Nos. 22-55533 and 22-55535 are dismissed.

A copy of this order sent to the district court shall act as and for the mandate

of this court.

GS  12/19/2022/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7